# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

132239

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

EDWARD MARSHALL,
      Plaintiff-Appellee,

v

CITY OF DETROIT,
      Defendant-Appellant.

SC: 132239
COA: 267486
Wayne CC: 04-418615-NO

_____/

On order of the Court, the application for leave to appeal the July 6, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

_____
Clerk

s1120